IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

EXEL INC.,

    Defendant.

CIVIL ACTION

1:10-CV-03132-JEC-ECS

Deposition of CONTRICE RENEE TRAVIS, at the instance of the Defendant, pursuant to stipulations herein, the reading and signing of the deposition being reserved, before Carol Lipinsky, Certified Court Reporter, at 1075 Peachtree Street, N.W., Suite 3500, Atlanta, Georgia, commencing at approximately, 10:05 a.m., August 3, 2011.

WHEELER REPORTING COMPANY, INC.

1600 Northside Drive, N.W.

Suite 250

Atlanta, Georgia  30318

(404)351-4577



Original