IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) and ) ) CONTRICE TRAVIS, ) ) Plaintiff-Intervenor, ) ) v. ) ) EXEL INC., ) ) Defendant. ) | CIVIL ACTION FILE NO.: 1:10-CV-03132-SCJ-ECS |

### PLAINTIFF'S REQUEST TO DEFENDANT TO FILE ORIGINAL DEPOSITION TRANSCRIPT AND EXHIBITS

**COMES NOW**, the Plaintiff in the above-styled action and, pursuant to Local Rule 56.1C, requests that Defendant file with the Court the following original deposition transcript together with all exhibits thereto:

Deposition of James Kenneth Teal, taken August 25, 2011.

Respectfully submitted this 9th day of December, 2011.

By: /s/Steven A. Wagner
Steven A. Wagner
Trial Attorney
Georgia Bar No. 000529

U.S. Equal Employment Opportunity Commission
Atlanta District Office
100 Alabama St., SW, Suite 4R30
Atlanta, Georgia 30303
Telephone:  (404) 562-6897
Facsimile:   (404) 562-6905
E-mail: steven.wagner@eeoc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | |
| CONTRICE TRAVIS, | ) ) | CIVIL ACTION FILE NO.:  1:10-CV-03132-SCJ-ECS |
| Plaintiff-Intevenor, | ) ) | |
| v. | ) ) | |
| EXEL INC., | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

I certify that, on December 9, 2011, I electronically filed this

**PLAINTIFF'S REQUEST TO DEFENDANT TO FILE ORIGINAL DEPOSITION TRANSCRIPT AND EXHIBITS** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>David Kresser, Esq.
>Fisher & Phillips, LLP
>1075 Peachtree St., N.E., Suite 3500
>Atlanta, Georgia 30309
>***Counsel for Exel Inc.***

        Rujard M. Hayes, Esq.
        Sanchez Hayes & Associates, LLC
        1015 Tyrone Road, Suite 620
        Tyrone, Georgia 30290
        ***Counsel for Intervenor Contrice Travis***

This 9th day of December, 2011.

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION


        By:   /s/Steven A. Wagner
               Steven A. Wagner
               Trial Attorney
               Georgia Bar No. 000529

U.S. Equal Employment Opportunity Commission
Atlanta District Office
100 Alabama St., SW, Suite 4R30
Atlanta, Georgia 30303
Telephone:  (404) 562-6897
Facsimile:   (404) 562-6905
E-mail: steven.wagner@eeoc.gov