IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : | |
| Plaintiff, : | CIVIL ACTION NO. 1:10-CV-3132-SCJ |
| and : | |
| CONTRICE TRAVIS, : | |
| Plaintiff-Intervenor, : | |
| v. : | |
| EXEL, INC., : | |
| Defendant. : | |

## ORDER

This matter appears before the Court for consideration of the Defendant's Consent Motion in Limine [Doc. No. 95] to exclude from evidence at trial any testimony and other evidentiary materials related to Plaintiff-Intervenor Contrice Travis's medial treatment.

After review and consideration, the Court hereby **GRANTS** said motion. Pursuant to Federal Rules of Evidence 401, 402, and 403, any evidence that Plaintiff-Intervenor, Contrice Travis, sought medical treatment for any alleged injuries caused by Defendant Exel, Inc., as well as any evidence related to medical records/expenses is hereby excluded from the jury trial of this case. The Defendant's agreement (as set forth on page 4 of the consent motion) to not introduce Plaintiff-Intervenor's medical records and other rebuttal evidence identified as Defendant's Exhibits 22 -25, 38-39 in the pretrial order is hereby incorporated by reference and also made the order of the Court.

AO 72A
(Rev.8/82)

IT IS SO ORDERED, this 29th day of May, 2013.

*/s/ Steve C. Jones*
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)