# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cv-03132-SCJ
## Equal Employment Opportunity Commission v. Exel, Inc.
## Honorable Steve C Jones

Minute Sheet for proceedings held In Open Court on 05/30/2013.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:30 A.M.          COURT REPORTER: C. Montrell Vann
TIME IN COURT: 1:30                        DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Sairalina Corniel representing Equal Employment Opportunity Commission<br>Rudjard Hayes representing Contrice Travis<br>David Kresser representing Exel, Inc.<br>Joan McCallum representing Contrice Travis<br>Terri Stewart representing Exel, Inc.<br>Steven Wagner representing Equal Employment Opportunity Commission |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | [97]Motion in Limine TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Pretrial conference held. Argument heard on outstanding motion and objections. Order to follow. The Court advised counsel regarding voir dire, jury selection and trial procedures. This matter will proceed to trial by jury on 6/4/13 at 9:30 a.m. |
| HEARING STATUS: | Hearing Concluded |