IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| and | : 1:10-CV-3132-SCJ |
| CONTRICE TRAVIS, | : |
| Plaintiff-Intervenor, | : |
| v. | : |
| EXEL, INC., | : |
| Defendant. | : |

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 07 2013

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

## VERDICT

Do you find from a preponderance of the evidence:

1. That the Defendant denied Plaintiff Contrice Travis a promotion in June 2008?

    Answer Yes or No    **Yes**

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Plaintiff Contrice Travis's sex was a motivating factor that prompted the Defendant to take that action?

    Answer Yes or No    **Yes**

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Plaintiff Contrice Travis should be awarded damages to compensate for a net loss of wages and benefits?

   Answer Yes or No      Yes

**If your answers to Question 3 is "Yes," then the parties have already stipulated that the amount of back pay is $1,184.37, plus prejudgment interest. You, the jury, should not make any additional award for lost pay.**

4. That Plaintiff Contrice Travis should be awarded damages to compensate for emotional pain and mental anguish?

   Answer Yes or No      Yes

   If your answer is "Yes,"
   in what amount?        $ 25,000

**If you did not award damages in response to either Question Nos. 3 or 4, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to Question Nos. 3 or 4 (or both), go to the next question.**

5. That punitive damages should be assessed against Defendant Exel, Inc.?

   Answer Yes or No      Yes

   If your answer is "Yes,"
   in what amount?        $ 475,000

**SO SAY WE ALL,** signed and dated at the United States Courthouse, Atlanta, Georgia, this ___7th___ day of June, 2013.

_____        Douglas P Murray Jr
Foreperson's Signature                   Foreperson's Printed Name