06·07·13

In the matter of Contrice Travis vs Excel Inc (Civil Action No: 1:10-CV-3132-SCJ) all of the members of the jury are requesting copies of the following:

1. Michael Pooler – deposition
2. Dave Harris – deposition & in court testimony from June 5 & June 6
3. Contrice Travis – deposition & in court testimony on June 5
4. James Kenneth Tiel – deposition & in court testimony on June 5.

Jury spokesperson: Douglas P Murray Jr.

FILED IN OPEN COURT
U.S.D.C Atlanta

JUN 07 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk