06.07.13

In the matter of Contrice Travis vs Exel, Inc (Civil Action No. 1:10-cv-3132-SCJ) we, all of the members of the jury, have the following question:

If damages are awarded, compensatory and punitive, who specifically will receive the money?

~~[scribbled out]~~

Jury spokesperson: Douglas P Murray Jr

[signature]

**FILED IN OPEN COURT**
U.S.D.C   Atlanta

JUN 0 7 2013

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk