IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA GEORGIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) and ) ) CONTRICE TRAVIS ) ) Plaintiff-Intervenor, ) ) v. ) ) EXEL INC., ) ) Defendant. ) | CIVIL ACTION FILE NO. 1:10-CV-03132-SCJ-ECS |

**PLAINTIFF-INTERVENOR'S MOTION FOR
ATTORNEYS' FEES AND COSTS**

COMES NOW Plaintiff-Intervenor, Contrice Travis ("Travis"), and pursuant to 42 U.S.C. § 1988, Fed R. Civ. P. 54(d), and Local Rule 54.2, respectfully moves this Court to award attorneys' fees and costs to Plaintiff-Intervenor, the prevailing party in this action. A Memorandum of Law supporting Plaintiff-Intervenor's Motion is being filed concurrently with this Motion, and a proposed order is attached.

WHEREFORE, Travis respectfully requests that this Court enter an order granting this request for attorneys' fees and costs.

Respectfully submitted, this 20th day of June, 2013.

/s/ Rudjard M. Hayes
RUDJARD M. HAYES
Georgia Bar No. 340329
JOAN M. McCALLUM
Georgia Bar No. 770274
***Attorneys for Plaintiff-Intervenor***

SANCHEZ HAYES & ASSOCIATES, LLC
1015 Tyrone Road, Suite 620
Tyrone, Georgia  30290
Telephone:  (770) 692-5023
Facsimile: (770) 692-5030
rudjard@theconsensusgroup.com
joan@theconsensusgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA GEORGIA

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | CIVIL ACTION FILE |
| ) | NO. 1:10-CV-03132-SCJ-ECS |
| CONTRICE TRAVIS ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| EXEL INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that this Motion and accompanying Memorandum of Law was prepared using Times New Roman 14-point font.

Respectfully submitted, this 20th day of June, 2013.

/s/ Rudjard M. Hayes
RUDJARD M. HAYES
Georgia Bar No. 340329
JOAN M. McCALLUM
Georgia Bar No. 770274
***Attorneys for Plaintiff-Intervenor***

SANCHEZ HAYES & ASSOCIATES, LLC
1015 Tyrone Road, Suite 620
Tyrone, Georgia  30290
Telephone:  (770) 692-5023
Facsimile: (770) 692-5030
rudjard@theconsensusgroup.com
joan@theconsensusgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA GEORGIA

| | |
|---|---|
| EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> and ) <br> ) <br> CONTRICE TRAVIS ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> v. ) <br> ) <br> EXEL INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE <br> NO. 1:10-CV-03132-SCJ-ECS |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **PLAINTIFF-INTERVENOR'S MOTION FOR ATTORNEYS' FEES AND COSTS**, by filing the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

> David R. Kresser, Esq.
> Fisher & Phillips LLP
> 1075 Peachtree Street, NE
> Suite 3500
> Atlanta, GA 30309
> ***Counsel for Defendant***

5

      Ottrell L. Ferrell
      Robert K. Dawkins
      Sairalina Montesino
      Steven A. Wagner
      Equal Employment Opportunity Commission
      Atlanta District Office – Legal Unit
      100 Alabama Street, S.W.
      4R30 Atlanta Federal Center
      Atlanta, GA 30303-8704
      *Counsel for Plaintiff*

Respectfully submitted, this 20th day of June, 2013.

                        /s/ Rudjard M. Hayes
                        RUDJARD M. HAYES
                        Georgia Bar No. 340329
                        JOAN M. McCALLUM
                        Georgia Bar No. 770274
                        *Attorneys for Plaintiff-Intervenor*

SANCHEZ HAYES & ASSOCIATES, LLC
1015 Tyrone Road, Suite 620
Tyrone, Georgia  30290
Telephone:  (770) 692-5023
Facsimile: (770) 692-5030
rudjard@theconsensusgroup.com
joan@theconsensusgroup.com